[Cite as *State ex rel. Love v. O'Donnell*, 2016-Ohio-3007.]

# IN THE COURT OF APPEALS

# ELEVENTH APPELLATE DISTRICT

# LAKE COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO ex rel. MICHAEL K. LOVE, | : | **PER CURIAM OPINION** |
| | : | |
| Relator, | : | |
| | : | **CASE NO. 2015-L-143** |
| - vs - | : | |
| JUDGE JOHN O'DONNELL, | : | |
| Respondent. | : | |

Original Action for Writ of Mandamus.

Judgment: Petition dismissed.

*Michael K. Love,* pro se, PID: A368-723, Grafton Correctional Institution, 2500 South Avon Belden Road, Grafton, OH 44044 (Relator).

*Charles E. Coulson*, Lake County Prosecutor, and *Eric A. Condon*, Assistant Prosecutor, Lake County Administration Building, 105 Main Street, P.O. Box 490, Painesville, OH 44077 (For Respondent).

PER CURIAM.

{¶1} Relator, Michael K. Love, petitions this court to issue its writ of mandamus, requiring respondent, the Hon. John O'Donnell, Judge of the Lake County Court of Common Pleas, to issue a new judgment entry of sentence. Respondent has moved to dismiss. Relator is presently serving 15 years to life imprisonment for felony murder. *State v. Love*, 11th Dist. Lake No. 2011-L-159, 2012-Ohio-3029, ¶3. Relator insists the

original judgment entry of sentence in his case did not contain the elements necessary to constitute a proper judgment entry, and that it never was a final appealable order. Relator did not raise this issue on his initial, direct appeal. *See, e.g.*, *State v. Love*, 11th Dist. Lake No. 99-L-051, 2001 Ohio App. LEXIS 2147 (May 11, 2001).

{¶2} Mandamus will not lie when the relator has (or had) an adequate remedy at law. *State ex rel. Turner v. Dept. of Rehab. and Corr.*, 10th Dist. Franklin No. 13AP-911, 2014-Ohio-2789, ¶19. Mandamus is not a substitute for direct appeal. *Id.* at ¶21. This court has already determined that relator could, and should, have raised this issue on his direct appeal, and the matter is now res judicata. *Love*, 2012-Ohio-3029, ¶12-25.

{¶3} Relator's motion for summary judgment, related to the writ of mandamus, is also denied.

{¶4} Respondent's motion to dismiss is granted.


TIMOTHY P. CANNON, J., THOMAS R. WRIGHT, J., COLLEEN MARY, O'TOOLE, J., concur.